United States District Court
Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 07, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Dennis Dell White,

        Petitioner,

v.

United States of America,

        Respondent.

EDCV 16-1064 VAP
EDCR 13-0044 VAP-2

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Denying Petitioner's § 2255 Motion and Request for Certificate of Appealability filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Petitioner's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   8/7/18

Virginia A. Phillips
Chief United States District Judge